

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '21 MJ1083 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Juan Manuel MARTINEZ, | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) Bringing in Unlawful Alien(s) Without Presentation |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about March 19, 2021, within the Southern District of California, Defendant, Juan Manuel MARTINEZ, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Carmela VEGA-Caballero and J.M.D.J.M., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on March 22, 2021.

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Gabriela Nicasio, declare under penalty of perjury the following to be true and correct:

The complainant states that Carmela VEGA-Caballero and J.M.D.J.M., are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 19, 2021, at approximately 4:58 A.M., Juan Manuel MARTINEZ (Defendant), a United States citizen, made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver of a 2007 Hyundai Santa Fe bearing California License plates. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented his United States Passport and said he was going to work in Chula Vista, California with nothing to declare from Mexico. Regarding ownership of the vehicle, Defendant said it belonged to his boss. CBP Officer queried Defendant and received a computer-generated referral warranting a secondary inspection. CBP Officer conducted a cursory inspection of the vehicle discovering a person concealed within a non-factory rear undercarriage compartment. CBP Officer radioed for assistance and secured the Defendant. Defendant was escorted to the security office and the vehicle was driven to the secondary inspection area.

In secondary, the vehicle was screened through the mobile X-ray which displayed anomalies in the rear area of the vehicle. CBP Officers inspected the area and discovered a non-factory undercarriage compartment in the rear of the vehicle. CBP Officers gained access to the non-factory undercarriage compartment by lifting the spare tire panel. CBP Officers assisted two persons out of the non-factory undercarriage compartment, later identified as Carmela VEGA-Caballero and J.M.D.J.M., who were determined to be citizens of Mexico without documents to enter the United States and are now held as a Material Witnesses.

Probable Cause Statement continued on page 2,

Continuation of Probable Cause Statement
RE: U.S. v. Juan Manuel MARTINEZ

At approximately 7:51 A.M., Defendant was advised of his Miranda Rights and elected to make a statement. Defendant stated he was going to a Starbucks in National City, California to pick up money and deliver the funds to a male in Mexico whereupon he would receive $400 US dollars. Defendant denied knowledge of the smuggled persons in the vehicle.

During a video-recorded interview, Material Witnesses admitted they are citizens of Mexico with no legal documents to enter the United States. Material Witnesses stated family members made smuggling arrangements for them with unknown persons in Mexico for smuggling fees of $10,000 and $14,000 USD. Material Witnesses stated they were going to various locations in California.

Executed on this 19th day of March, 2021 at 6:00 P.M.

_____
Gabriela Nicasio / CBP Enforcement Officer


On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named herein committed the offense on March 19, 2021, in violation of Title 8, United States Code, Section 1324.

_____            8:58 AM, Mar 20, 2021
UNITED STATES MAGISTRATE JUDGE              DATE / TIME